IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MOZELL HANNAH and )
JERRY LEE ALSTON, Jr., )
                                    )
     Plaintiffs, )
                                    )
  v. ) Civ. No. 04-383-SLR
                                    )
CITY OF DOVER, as an entity, )
et al., )
                                    )
     Defendants. )

O R D E R

At Wilmington this 17th day of May, 2005,

IT IS ORDERED that, on or before **June 17, 2005**, plaintiffs shall show cause why the above-captioned action should not be dismissed for failure to timely serve process on defendants pursuant to Federal Rule of Civil Procedure 4(m), or otherwise prosecute the matter.  FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

                                                                      _____
                                                                      United States District Judge